**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

UNITED STATES OF AMERICA

Citation No. or Case No.

19-4191 MJ-001-PCT-CDB

**DETERMINATION OF RELEASE CONDITIONS AND RELEASE ORDER (A COPY TO BE FILED WITH THE COURT WITHIN THREE (3) DAYS)**

Tylor N. Rosendahl
Defendant

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 6 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IT IS ORDERED that the defendant be released subject to the following conditions:
**CONDITIONS OF RELEASE**
Defendant shall appear as indicated:

DATE: TBD        TIME: _____ LOCATION: _____
For: ☐ Initial Appearance ☐ Preliminary Hearing ☐ Status Hearing ☐ Trial

During the pendency of this case defendant will:
(1) Appear to answer and submit himself/herself to all further orders and processes of the Court having jurisdiction in this case;
(2) Not commit any federal, state or local criminal offense;
(3) Notify the Court of any change of address or telephone number and not leave the State of Arizona or your state of residence without permission of the Court;
(4) Promise to appear at all proceedings as required and to surrender for service of any sentence imposed;
(5) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a; and
(6) Defendant shall not consume or possess any alcohol or illegal drugs Defendant shall not consume or possess any alcohol or illegal drugs (The use or possession of marijuana, even with a physician's certification, is not permitted.).

**OTHER CONDITIONS OF RELEASE**

☐ Defendant will execute an appearance bond approved by the Court, or as specified in General Order 14-16, in the total amount of _____, payable by certified check or money order, only.
☐ Defendant, in order to obtain sobriety, shall remain in the custody of the arresting agency or a pretrial detention facility for 12 hours from the time of arrest. ARREST TIME: _____
☑ Defendant shall be released to the Third Party Custody of: Devan MORRISON, Montana

Who agrees (a) to supervise the Defendant in accordance with the conditions of this order, (b) to use every effort to assure the appearance of Defendant at all scheduled hearing; and (c) to notify the Court immediately if Defendant violates any condition of this release or will not appear.

_____
Signature Third Party

☐ If defendant desires to reach a pre-court hearing resolution of this matter contact Jennifer Van Dratt 928-556-5011

On 03/25/2019 _____ for a pretrial conference.

**Acknowledgement of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions or release, to appear as directed, and to surrender for service of any sentence imposed. I am aware that a failure to follow my conditions of release may result in my release being revoked, a finding a contempt of court, prosecution for committing a crime on release or prosecution for failure to appear, resulting in additional fines or incarceration.

3/18/2019
Date

3/18/2019
Date

3/18/2019  |  7/16/19
Date

_____
Signature of Defendant

K___ #509
Signature of Witness

_____
CAMILLE D. BIBLES, U. S. Magistrate Judge